UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BUZZARD, JR,

          Petitioner,

    v.

JEFFREY UTTECHT,

          Respondent.

CASE NO. 2:21-cv-01061-JCC-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the report and recommendation.

(2)    Petitioner's federal habeas petition is denied, and all grounds are dismissed with prejudice except ground ten, which is dismissed without prejudice.

(3)    A certificate of appealability is denied in this case. Permission to proceed *in forma pauperis* is revoked for the purpose of any appeal.

(4)    The Clerk is directed to send a copy of this Order to Judge Creatura.

//

//

//

1  DATED this 15th day of April 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2